# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Vitaliy Vulykh | ) | No. 20-13002 |
| | ) | |

TO: See attached list

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on <u>December 11, 2020</u>, at 11:15 a.m., I will appear before the Honorable <u>A. Benjamin Goldgar</u> or any judge sitting in that judge's place, and present the motion of <u>Defendants Motion To Extend Discovery</u>, a copy of which is attached.

PLEASE TAKE NOTICE that on December 11, 2020 at 11:15 AM or a soon thereafter as Counsel may be heard I shall appear before the Honorable Judge A. Benjamin Goldgar or any judge sitting in that judge's place,, and present the **Debtor's Motion to Convert To Chapter 13** a copy of which is attached to this Notice and hereby served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666.

Then enter the meeting ID and password. Meeting ID and password. The meeting ID for this hearing is  <u>160 817 7512</u>  and the password is <u>623389</u>. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

<u>/s/ O. Allan Fridman</u>

## <u>CERTIFICATE OF SERVICE</u>

I, O. Allan Fridman, an attorney, that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on  November 19 2020,

<u>/s/   O. Allan Fridman</u>

Atty.  No. 6274954
O. Allan Fridman
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
(847) 412-0788

SERVICE LIST

Via ecf
**Ha M Nguyen**
Office of the U.S. Trustee
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-3320 Ext.
ha.nguyen@usdoj.gov

**Patrick S Layng**
Office of the U.S. Trustee,
Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@
usdoj.gov

**John E Gierum**
John E Gierum
Gierum & Mantas
2700 S. River Road
Suite 308
Des Plaines, IL 60018

VIA Mail
Amex
Correspondence/Bankruptc
y
Po Box 981540
El Paso, TX 79998

Amwest Funding Corp
6 Pointe Dr #300
Brea, CA 92821

Bankers Health Care
Group
10234 W. State Road 84
Fort Lauderdale, FL 33324

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Citicorp Credit
Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dupage Credit Union
Attention: Bankruptcy
Department
Po Box 3930
Naperville, IL 60567

HERSKOVIC, JOSHUA
2036 MALORY LN.
Highland Park, IL 60035

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

Tdrcs/tourneau
1000 Macarthur Bv
Mahwah, NJ 07430

Wells Fargo Jewelry
Advantage
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Vitaliy Vulykh**

Debtor(s)

Case No.   **20-13002**

Chapter   **7**

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.      On  **June 26, 2020**  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.      This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  **November 19, 2020**

Signature  **/s/ Vitaliy Vulykh**

**Vitaliy Vulykh**

Debtor

Attorney  **/s/ O. Allan Fridman**

**O. Allan Fridman 6274954**

**Law Office of Allan Fridman**
**555 Skokie Blvd 500**
**Northbrook, IL 60062**
**847-412-0788**
**Fax: 847-412-0898**
**allan@fridlg.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vitaliy Vulykh**                                                                 Case No.    **20-13002**

Debtor(s)                                          Chapter    **7**

## NOTICE OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.       On   **June 26, 2020**   , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.       This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  **November 18, 2020**                          Signature

**Vitaliy Vulykh**
Debtor

Attorney  **/s/ O. Allan Fridman**
              **O. Allan Fridman 6274954**

**Law Office of Allan Fridman**
**555 Skokie Blvd 500**
**Northbrook, IL 60062**
**847-412-0788**
**Fax: 847-412-0898**
**allan@fridlg.com**